UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------------------------X
CINECIO GONZALEZ, HELEODORO GIL, NICOLAS
XOCHIQUIQUISQUI GARCIA, and RIGOBERTO
TETLACTLE TEPOLE, on behalf of themselves and
others similarly situated,

                               Plaintiffs,                   **13-CV-8468**

               -against-                       **RULE 7.1 CORPORATE**
                                                                           **DISCLOSURE**

MAROSA, INC. d/b/a FAMOUS FAMIGLIA PIZZERIA,   **STATEMENT**
96 STREET PIZZA CORP. d/b/a FAMOUS FAMIGLIA
PIZZERIA, FAMIGLIA-DEBARTOLO, LLC,
FAMIGLIA-DEBARTOLO OPERATIONS, LLC
FAMIGLIA-DEBARTOLO FRANCHISE SYSTEMS, LLC,
FAMIGLIA-DEBARTOLO BRANDS, LLC, FD LEASING
GROUP, LLC, FAMIGLIA INTERNATIONAL, LLC,
FAMIGLIA QUEENS LLC d/b/a FAMOUS FAMIGLIA
PIZZERIA, JOHN DOE CORPORATIONS 1-20, FRANK
VATAJ, PAUL KOLAJ, JOHN KOLAJ, GIORGIO KOLAJ,
ANTON VATAJ, FRANK IDRIZA, GINO IDRIZA,
MICHAEL KOLAJ, VINNY KOLAJ, and JEFF KOLAJ,
and JOHN DOES 1-40,

                               Defendants.
------------------------------------------------------------------------X

       Pursuant to Rule 7.1 of the Federal Rules of Civil Procedure, the undersigned counsel of record for the defendants FAMIGLIA-DEBARTOLO, LLC, FAMIGLIA-DEBARTOLO OPERATIONS, LLC, FAMIGLIA-DEBARTOLO FRANCHISE SYSTEMS, LLC, FAMIGLIA-DEBARTOLO BRANDS, LLC, FD LEASING GROUP, LLC, and FAMIGLIA INTERNATIONAL, LLC hereby certifies that no publicly held corporation owns ten percent (10%) or more of the stock of said corporations and additionally makes the following disclosure:

       Defendant FAMIGLIA-DEBARTOLO, LLC is the parent corporation of FAMIGLIA-DEBARTOLO OPERATIONS, LLC, FAMIGLIA-DEBARTOLO FRANCHISE SYSTEMS,

1

LLC, FAMIGLIA-DEBARTOLO BRANDS, LLC, FD LEASING GROUP, LLC, and

FAMIGLIA INTERNATIONAL, LLC.

Dated: Long Island City, New York
July 27, 2015

        STEPHEN D. HANS & ASSOCIATES, P.C.
        By:_____/s/_____
           Stephen D. Hans (SH-0798)
           45-18 Court Square, Suite 403
           Long Island City, New York 11101
           Tel: 718.275.6700 x 204
           Fax: 718.275.6704
           Email: shans@hansassociates.com
           *Attorneys for the Defendants*